

RECEIVED

MAR 06 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

CLINTON STRANGE,

Plaintiff

v.

Case No 5:19-CV-00105-EEF-MLH

Honorable District Court Judge Elizabeth E. Foote

&

Magistrate Judge Mark L. Hornsby

ETHOS DATA MANAGEMENT, INC. et al,

Defendants

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT PARTIES ETHOS DATA MANAGEMENT, INC., AND JAMES MCMANUS WITH PREJUDICE**

## PLAINTIFF'S STATEMENTS REGARDING DISMISSAL MOTION:

1. Plaintiff prays that the court will enter an order of dismissal for all counts and causes of action WITH PREJUDICE against the named Defendants in this motion which include Defendants ETHOS DATA MANAGEMENT, INC., and JAMES MCMANUS.

2. The Plaintiff seeks a dismissal on all counts in the action against Defendants ETHOS DATA MANAGEMENT, INC., and JAMES MCMANUS.

3. The Plaintiff was not in any way coerced, threatened, or intimidated into filing this motion to dismiss the named Defendants in this motion.

4. The Plaintiff submits this motion out of his own free will and volition, and further certifies that he is of sound mind as he does so.

Respectfully Submitted,

X _[signature]_  3-4-2019
Clinton Strange          Dated
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
parsmllc@gmail.com

## CERTIFICATE OF SERVICE:

1. I, Clinton Strange, the *Pro Se* Plaintiff in this action affirm that I have served 2 copies of this court filing Captioned as "**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT PARTIES ETHOS DATA MANAGEMENT, INC., AND JAMES MCMANUS WITH PREJUDICE**" upon the Defendant's President and Owner by placing a copy in the U.S. Mail with sufficient 1st Class Postage affixed on March 4th 2019.

2. The mailing was addressed to:

> James Howard McManus
> c/o Ethos Data Management, Inc.
> 1520 15th Terrace
> Palm Beach Gardens, FL 33418

3. I swear under the pains and penalties of perjury under the laws of the United States of America that all of the foregoing statements are both true and correct.

_____          3-4-2019
Clinton Strange                                Dated