UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CLINTON STRANGE** | **CIVIL ACTION NO. 19-0105** |
| **VERSUS** | **JUDGE ELIZABETH ERNY FOOTE** |
| **ETHOS DATA MANAGEMENT, INC., ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Plaintiff's motion to dismiss Defendants Ethos Data Management, Inc. and James McManus [Record Document 5] is **GRANTED**. **IT IS ORDERED** that all claims against Ethos Data Management, Inc. and James McManus are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Colby Galuska are unaffected by this order.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 8th day of March, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE